OSCN Found Document:STATE OF OKLAHOMA ex rel. OBA v. HAMILTON

 

 
 STATE OF OKLAHOMA ex rel. OBA v. HAMILTON2026 OK 32Case Number: SCBD-8091Decided: 05/04/2026THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2026 OK 32, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

STATE OF OKLAHOMA ex rel., OKLAHOMA BAR ASSOCIATION,
Complainant,
v.
CANDACE MICHELL HAMILTON,
Respondent.

ORDER OF INTERIM SUSPENSION

The Oklahoma Bar Association ("OBA"), in compliance with Rules 7.1 and 7.2 of the Rules Governing Disciplinary Proceedings ("RGDP"), has forwarded to this Court certified copies of the Information, Officer's Report and Affidavit, Plea of Guilty, and Order of Deferred Sentence from the following matter in Tulsa County, Oklahoma: State of Oklahoma v. Candace Hamilton, Case No. CM-2025-494. Respondent pled No Contest to the charge of Driving Under the Influence and Failure to Stop at a Red Light. Respondent received a one-year deferred sentence.

Rule 7.3 of the RGDP provides: "Upon receipt of the certified copies of Judgment and Sentence on a plea of guilty, order deferring judgment and sentence, indictment or information and the judgment and sentence, the Supreme Court may by order immediately suspend the lawyer from the practice of law until further order of the Court." Having received certified copies of these papers and orders, this Court orders that Candace Michell Hamilton is immediately suspended from the practice of law pending further order from this Court.

Under Rule 7.4, RGDP, this Court "may order the lawyer...to show cause in writing why a final order of discipline should not be made. The written return of the lawyer shall be verified and expressly state whether a hearing is desired. The lawyer may in the interest of explaining conduct or by way of mitigating the discipline to be imposed upon [her], submit a brief and/or any evidence tending to mitigate the severity of discipline." Rule 7.4, RGDP. Pursuant to Rule 7.4, Candace Michell Hamilton has until May 18, 2026, to show cause in writing why a final order of discipline should not be imposed, to request a hearing, or to file a brief and any evidence tending to mitigate the severity of discipline. The OBA has until June 1, 2026, to respond.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 4th DAY OF MAY 2026.

                                                       /s/______________________________
                                                                        CHIEF JUSTICE

ALL JUSTICES CONCUR